# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **CAVEO, LLC,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**DART CONTAINER CORPORATION,**<br><br>　　　　　**Defendant.** | No. 1:23-cv-1256 |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, by and through undersigned counsel, hereby stipulate and agree that this action be dismissed with prejudice and without costs or attorneys' fees.

Respectfully submitted,

| **MCSHANE & BOWIE, P.L.C.** | **PIERSON FERDINAND LLP** |
|---|---|
| By: */s/ Mark E. Hills*<br>　　Mark E. Hills<br>　　meh@msblaw.com<br>　　99 Monroe Ave NW, Suite 1100<br>　　Grand Rapids, MI 49503<br><br>　　*Counsel to Plaintiff* | By: */s/ David E. Renner*<br>　　Sidney R. Steinberg<br>　　sidney.steinberg@pierferd.com<br>　　David E. Renner<br>　　david.renner@pierferd.com<br>　　One Liberty Place<br>　　1650 Market Street, 36th Floor<br>　　Philadelphia, PA 19103<br><br>　　*Counsel to Defendant* |
| Dated:  December 23, 2025 | Dated:  December 23, 2025 |

2

      Upon reading and filing of this stipulation, and the Court being fully advised in the premises:

      IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, pursuant to the agreement of counsel without costs or attorneys' fees.

      This Court retains jurisdiction for ninety days in order to enforce settlement.

      It is FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

Dated: _____

                                                              **BECKERING, J.**